UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DONNA MCCREADY,

                        Plaintiff,

    -against-

U.S. POSTAL SERVICE, *et al.*,

                        Defendants.
----------------------------------------------------------------X

For Online Publication Only

ORDER
22-CV-5899 (JMA) (AYS)

FILED
CLERK

12:34 pm, Oct 20, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

    Before the Court is an <u>in forma pauperis</u> application filed by Donna McCready ("Plaintiff") together with her employment discrimination complaint. (ECF Nos. 1-2.) In addition, Plaintiff filed a motion for the appointment of <u>pro bono</u> counsel as well as a "motion for an extension of time to seek a lawyer for representation." (ECF Nos. 3-4.) Upon review, the Court finds that Plaintiff's reported financial position qualifies her to commence this action without prepayment of the filing fee. Accordingly, the Court grants Plaintiff's <u>in forma pauperis</u> application. The Clerk of Court shall issue a summons to each defendant and shall forward the summonses together with copies of the complaint to the United States Marshal Service for service of process forthwith.

    Given that Plaintiff appears to be actively seeking legal representation (ECF No. 4), her motion for the appointment of <u>pro bono</u> counsel (ECF No. 3) is denied without prejudice and with leave to renew at a later stage in these proceedings. Insofar as Plaintiff requests an extension of time to retain an attorney, that application is denied because there is no such deadline set by the Court. Plaintiff is encouraged to avail herself of the free legal resources available at the Hofstra Law <u>Pro Se</u> Clinic located in the Central Islip Courthouse, which can provide free information, advice, and limited scope legal assistance to non-incarcerated <u>pro se</u> litigants. The Court notes that the <u>Pro Se</u> Clinic is not part of, nor affiliated with, the United States District Court. The Clinic

offers services such as: providing brief legal counseling; explaining federal court rules and procedures; and reviewing and editing draft pleadings and correspondence with the Court. Additionally, the Clinic may aid you during the discovery process, and, in appropriate circumstances, may provide representation at depositions or in the settlement process. Consultations with the Pro Se Clinic can be conducted remotely via telephone. Appointments may be made by contacting the Pro Se Clinic by email at PSLAP@Hofstra.edu or by telephone at (631) 297-2575.

**SO ORDERED.**

Dated:   October 20, 2022
         Central Islip, New York

                                            /s/ Joan M. Azrack
                                                JOAN M. AZRACK
                                    UNITED STATES DISTRICT JUDGE